AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

---- OFFENSE CHARGED ----

Possession with Intent to Distribute Crack Cocaine (21 U.S.C. 841(a)(1), (b)(1)(B)(iii))

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

E-filing

PENALTY:
SEE ATTACHMENT A

---- DEFENDANT - U.S. ----

**FILED**
OCT 25 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

► TYRONE JOSEPH POLLARD

DISTRICT COURT NUMBER

**CR07-0682 SBA**

---- PROCEEDING ----

Name of Complaintant Agency, or Person (&Title, if any)
FEDERAL BUREAU OF INVESTIGATION

☑ person is awaiting trial in another Federal or State Court, give name of court
Alameda County Superior Court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ►

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM **SCOTT N. SCHOOLS**
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned) GARTH HIRE

---- DEFENDANT ----

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☑ Awaiting trial on other charges } ☐ Fed'l ☑ State
If answer to (6) is "Yes", show name of institution _____

Has detainer been filed? ☐ Yes ☑ No } If "Yes" give date filed _____

DATE OF ARREST ► Month/Day/Year _____
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ► Month/Day/Year _____

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☑ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

## ATTACHMENT A
## PENALTY SHEET

### *UNITED STATES v. TYRONE JOSEPH POLLARD*

### (21 U.S.C. §§ 841(a)(1), (b)(1)(A)(iii))

*If 21 U.S.C. § 851 Information alleging prior felony narcotics conviction(s) NOT FILED:*

| | |
|---|---|
| Imprisonment: | Maximum Life Imprisonment <br> Mandatory Minimum 10 Years Imprisonment |
| Fine: | Maximum $4,000,000 |
| Supervised Release: | Maximum Lifetime Supervised Release <br> Mandatory Minimum 5-Year Term of Supervised Release |
| Special Assessment: | $100 |

*If 851 Information alleging prior felony narcotics conviction FILED:*

| | |
|---|---|
| Imprisonment: | Maximum Life Imprisonment <br> Mandatory Minimum 20 Years Imprisonment (1 Prior) <br> Mandatory Minimum Life Imprisonment (2 Priors) |
| Fine: | Maximum $8,000,000 |
| Supervised Release: | Maximum Lifetime Supervised Release <br> Mandatory Minimum 10-Year Term of Supervised Release |
| Special Assessment: | $100 |

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: **OAKLAND** CR07-0682      SBA

---

UNITED STATES OF AMERICA,

V.

E-filing

TYRONE JOSEPH POLLARD,
a/k/a Tyronne Joseph Pollard,
a/k/a Tyrone Mixone,
a/k/a "Fluff,"

**FILED**
OCT 2 5 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

DEFENDANT.

---

## INDICTMENT

VIOLATIONS: 21 U.S.C. § 841(a)(1)(b)(1)(B)(iii) --
Possession With Intent To Distribute Crack Cocaine

---

A true bill.

_____ Foreman

Filed in open court this 25th day of October 2007

_____ Clerk

Bail, $ No bail arrest warrant.

Wayne D. Brazil   10-25-07

1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
3
4                              E-filing
5
6
7
8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA
10                    OAKLAND DIVISION

11 | UNITED STATES OF AMERICA,        ) No. CR07-0682 SBA
12 |         Plaintiff,               ) VIOLATION: 21 U.S.C. §§ 841(a)(1),
                                      ) (b)(1)(B)(iii) – Possession With Intent To
13 |     v.                           ) Distribute Crack Cocaine
                                      )
14 | TYRONE JOSEPH POLLARD,           )
       a/k/a Tyronne Joseph Pollard,  ) OAKLAND VENUE
15     a/k/a Tyrone Mixone,           )
       a/k/a "Fluff,"                 )
16                                    )
         Defendant.                   )
17 |_____)

FILED
OCT 2 5 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## INDICTMENT

The Grand Jury charges:

On or about August 10, 2007, in the Northern District of California, defendant,

TYRONE JOSEPH POLLARD,
a/k/a Tyronne Joseph Pollard,
a/k/a Tyrone Mixone,
a/k/a "Fluff,"

knowingly and intentionally possessed with intent to distribute a Schedule II controlled substance, namely, approximately 29.2 grams of a mixture and substance containing a detectable amount of cocaine base in the form of "crack" cocaine, in violation of Title 21, United States

///

///

INDICTMENT

1

| | |
|---|---|
| 1 | Code, Sections 841(a)(1), (b)(1)(B)(iii). |
| 2 | DATED: October 25, 2007 |

A TRUE BILL.

_____
FOREPERSON

SCOTT N. SCHOOLS
United States Attorney

_____
BRIAN J. STRETCH
Chief, Criminal Division

(Approved as to form: _____ )
AUSA GARTH HIRE

INDICTMENT