

AMENDED

ATTACHMENT A
PENALTY SHEET

## UNITED STATES v. TYRONE JOSEPH POLLARD

(21 U.S.C. §§ 841(a)(1), (b)(1)(A)(iii))

*If 21 U.S.C. § 851 Information alleging prior felony narcotics conviction NOT FILED:*

| | |
|---|---|
| Imprisonment: | Maximum 40 Years Imprisonment |
| | Mandatory Minimum 5 Years Imprisonment |
| Fine: | Maximum $2,000,000 |
| Supervised Release: | Maximum Lifetime Supervised Release |
| | Mandatory Minimum 4-Year Term of Supervised Release |
| Special Assessment: | $100 |

*If 21 U.S.C. § 851 Information alleging prior felony narcotics conviction FILED:*

| | |
|---|---|
| Imprisonment: | Maximum Life Imprisonment |
| | Mandatory Minimum 10 Years Imprisonment |
| Fine: | Maximum $4,000,000 |
| Supervised Release: | Maximum Lifetime Supervised Release |
| | Mandatory Minimum 8-Year Term of Supervised Release |
| Special Assessment: | $100 |