| DOCUMENTS UNDER SEAL ☐ | | TOTAL TIME (mins): 5 Mins | |
|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK<br>Ivy L. Garcia | REPORTER/FTR<br>FTR: 12/18/07  10:33:38-10:38:27 | |
| MAGISTRATE JUDGE<br>HON. WAYNE D. BRAZIL | DATE<br>12/18/07 | NEW CASE ☐ | CASE NUMBER<br>CR-07-00682-SBA |

### APPEARANCES

| DEFENDANT<br>TYRONE JOSEPH POLLARD | AGE | CUST<br>Yes | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>JOHN PAUL REICHMUTH | PD. ☒ RET. ☐<br>APPT. ☐ |
|---|---|---|---|---|---|
| U.S. ATTORNEY<br>Garth Hire | INTERPRETER<br>None | | | ☒ FIN. AFFT SUBMITTED | ☒ COUNSEL APPT'D |
| PROBATION OFFICER<br>None | PRETRIAL SERVICES OFFICER<br>Taifa Gaskins | | | ☒ DEF ELIGIBLE FOR APPT'D COUNSEL | ☐ PARTIAL PAYMENT OF CJA FEES |

### PROCEEDINGS SCHEDULED TO OCCUR

| ☐ INITIAL APPEAR | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☒ STATUS<br>4 Mins HELD |
|---|---|---|---|---|
| ☐ I.D. COUNSEL | ☐ ARRAIGNMENT | ☐ BOND HEARING | ☐ INITIAL APPEAR REV PROB OR S/R | ☐ OTHER |
| ☒ TIMING OF DETENTION HRG WAIVED BY THE DEFT. | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☒ ATTY APPT HEARING<br>1 Min HELD |

### INITIAL APPEARANCE

| ☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

FILED
DEC 1 8 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

### ARRAIGNMENT

| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

### RELEASE

| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY<br>$ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|

| PROPERTY TO BE POSTED<br>☐ CASH   $ | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ |
|---|---|---|

| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☒ DETAINED | ☐ RELEASED | ☒ TIMING OF DETENTION HEARING AND FORMAL FINDINGS WAIVED BY THE DEFT. | ☒ REMANDED TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF

### PLEA

| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

### CONTINUANCE

| TO:<br>1/29/08 | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☒ STATUS / TRIAL SET |
|---|---|---|---|---|
| AT:<br>9:00 a.m. | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING OR ARRAIGN-MENT | ☐ CHANGE OF PLEA | ☐ OTHER |
| BEFORE HON.<br>S.B. ARMSTRONG | ☐ DETENTION HEARING | | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☒ TIME WAIVED BY THE DEFT. RE: SPEEDY TRIAL ACT CALCULATION BET. NOW & UNTIL 1/29/07 FOR CONTINUITY OF & EFFECTIVE PREP. OF COUNSEL | ☒ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

### ADDITIONAL PROCEEDINGS

In light of the parole hold on the deft., the deft. waived the timing of his Detention Hrg. at this time. The deft. was ordered detained, reserving his rights to have his Detention Hrg. -- if & when the deft. believes it will be on his best interest to put his Detention Hrg. back on cal. later. The govt's atty. already provided the deft's atty. with the discovery & the deft's atty. still needs to review them.

cc:  WDB's Stats, Lisa, Pretrial

DOCUMENT NUMBER: