JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

GARTH HIRE (CABN 187330)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, California 94612
   Telephone: (510) 637-3929
   Facsimile: (510) 637-3724
   E-mail: Garth.Hire@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 07-00682 SBA |
|---|---|
| Plaintiff, | ) STIPULATION TO SCHEDULE |
| v. | ) HEARING FOR CHANGE OF PLEA AND ) SENTENCING; ORDER EXCLUDING ) TIME |
| TYRONE JOSEPH POLLARD, | ) |
| Defendant. | ) |

    Plaintiff, by and through its attorney of record, and defendants, by and through their attorneys of record, hereby stipulate and ask the Court to find as follows:

    1.    The government and defendant have reached a negotiated disposition in which defendant will plead guilty to a binding plea agreement.

    2.    Accordingly, the parties hereby submit the proposed plea agreement, submitted under separate cover for the Court's consideration pursuant to Federal Rule of Criminal Procedure 11(c)(1)(C). The parties further stipulate and request that the Court find and order the following:

    (a)    That the parties have submitted a plea agreement for the Court's consideration pursuant to Federal Rule of Criminal Procedure 11(c)(1)(C), and that a hearing for

1

change of plea and imposition of judgment and sentence be scheduled for 10:00 a.m. on June 3, 2008; and that the time period from March 25, 2008, through June 3, 2008, is excludable under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(1)(I) because that period of delay results from consideration by the Court of a proposed plea agreement entered into by the defendant and the government pursuant to Federal Rule of Criminal Procedure 11(c)(1)(C).

IT IS SO STIPULATED.

DATE: March 19, 2008                           Respectfully submitted,

                                               JOSEPH P. RUSSONIELLO
                                               United States Attorney

                                                       /s/[1]
                                               GARTH HIRE
                                               Assistant United States Attorney

                                               Attorneys for Plaintiff
                                               UNITED STATES OF AMERICA

DATE: March 19, 2008                                   /s/
                                               JOHN PAUL REICHMUTH, ESQ.

                                               Counsel for Tyrone Joseph Pollard

**ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO FOUND AND ORDERED THAT:

A hearing for change of plea and imposition of judgment and sentence is hereby scheduled for 10:00 a.m. on June 3, 2008. Time is excluded for purposes of the Speedy Trial Act from March 25, 2008, through the hearing date of June 10, 2008, pursuant to 18 U.S.C. § 3161(h)(1)(I) because that period of delay results from consideration by the Court of a proposed plea agreement entered into by the defendant and the government pursuant to Federal

///
///
///

---

[1] I hereby attest that I have on file all the holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

2

Rule of Criminal Procedure 11(c)(1)(C).  The United States Probation Office is ordered to prepare a Pre-Plea Presentence Report for defendant.

DATED: 3/26/08

*Saundra B Armstrong*
HONORABLE SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE