1  BARRY J. PORTMAN
   Federal Public Defender
2  COLLEEN MARTIN
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, California 94607-3627
4  Telephone (510) 637-3500

5  Counsel for Defendant TYRONE JOSEPH POLLARD

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Nos. CR 07-00682 SBA |
| ) | |
| Plaintiff, ) | NOTICE OF ATTORNEY APPEARANCE |
| ) | |
| vs. ) | |
| ) | |
| TYRONE JOSEPH POLLARD, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

The Federal Public Defender was previously appointed as counsel for defendant in the above-captioned action. Pursuant to Criminal Local Rule 44-2(a), undersigned counsel, Assistant Federal Public Defender Colleen Martin, enters her general appearance for defendant in this case. Counsel's contact information is listed above.

Dated: April 9, 2008

                                              Respectfully submitted,

                                              BARRY J. PORTMAN
                                              Federal Public Defender

                                              /S/

                                              COLLEEN MARTIN
                                              Assistant Federal Public Defender