BARRY J. PORTMAN
Federal Public Defender
COLLEEN MARTIN
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant POLLARD

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,               )<br>                                                                )<br>                    Plaintiff,                      )<br>                                                                )<br> vs.                                                         )<br>                                                                )<br> TYRONE POLLARD,                           )<br>                                                                )<br>                    Defendant.                    )<br> _____) | No. CR-07-0682 SBA<br><br>**APPLICATION DIRECTING THE GLENN DYER FACILITY TO PERMIT TYRONE POLLARD TO POSSESS A TAPE-PLAYER** |

      Defendant Tyrone Pollard, by and through his counsel, Assistant Federal Public Defender Colleen Martin, hereby requests an order directing the Glenn Dyer Facility to permit him to possess a tape-player that has no radio and no metal earphones so that he can listen to and review a tape produced to the defense in discovery. This application is based on the attached declaration of counsel and is made on the grounds that Mr. Pollard needs a device that will enable him to listen to recordings that have been produced in discovery. The ability to listen to these recordings is necessary to enable Mr. Pollard to participate in the preparation of his defense, including with respect to sentencing.

    //

    //

1  Dated:  April 17, 2008

2                                          Respectfully submitted,

3                                          BARRY J. PORTMAN
                                           Federal Public Defender
4
                                                        /S/
5

6                                          COLLEEN MARTIN
                                           Assistant Federal Public Defender
7