1   BARRY J. PORTMAN
    Federal Public Defender
2   COLLEEN MARTIN
    Assistant Federal Public Defender
3   555 - 12th Street
    Suite 650
4   Oakland, CA 94607-3627
    Telephone: (510) 637-3500
5
    Counsel for Defendant POLLARD
6

7

8                   IN THE UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )   No. CR-07-0682 SBA
                                        )
12              Plaintiff,              )   **DECLARATION OF COLLEEN**
                                        )   **MARTIN IN SUPPORT OF**
13  vs.                                 )   **APPLICATION FOR ORDER**
                                        )   **DIRECTING THE GLENN DYER**
14  TYRONE POLLARD,                     )   **FACILITY TO PERMIT TYRONE**
                                        )   **POLLARD TO POSSESS A TAPE-**
15              Defendant.              )   **PLAYER**
    _____)

16

17          I, Colleen Martin, hereby declare:

18          1.    I am an Assistant Federal Public Defender for the Northern District of California,

19  Oakland Division.  My office has been appointed to represent Tyrone Pollard in the above-

20  captioned case.

21          2.    Mr. Pollard is charged with possession of cocaine base with intent to distribute

22  (21 U.S.C. § 841(a)(1), (b)(2)(B)(iii)).  He is currently in custody in the Glenn Dyer Facility in

23  Oakland, California.

24          3.    The parties have submitted to the Court a proposed plea agreement pursuant to

25  Federal Rule of Criminal Procedure 11(c)(1)(C).  The matter is set for change of plea and

26  sentencing on June 3, 2008.

                                         1

1      4.    The government has provided the defense with a recording of the dispatch tape

2  relevant to his arrest.  Mr. Pollard needs to listen to the recording to assess its accuracy and

3  authenticity, since the circumstances of his arrest may be relevant at sentencing.

4      5.    I am informed and believe that the Glenn Dyer Facility will permit Mr. Pollard to

5  possess a tape-player and a tape with a verbatim copy of the recording produced by the

6  government in discovery in order to enable him to listen to it, but that the Facility will permit this

7  to happen only if Mr. Pollard obtains a court order.  I am further informed and believe that the

8  tape-player must not have a radio and must not have metal earphones.

9      6.    On April 16, 2008, I informed government counsel Assistant United States

10  Attorney Garth Hire about this request.  Mr. Hire has no objection to this request.

11      I declare under penalty of perjury that the foregoing is true and correct, except for those

12  matters stated on information and belief, and as to those matters, I am informed and believe them

13  to be true.

14      Executed this 17th  date of April, 2008, in the City of Oakland, County of Alameda, State

15  of California.

16

17

18              _____/S/_____
            COLLEEN MARTIN

19              Assistant Federal Public Defender

20

21

22

23

24

25

26