BARRY J. PORTMAN
Federal Public Defender
COLLEEN MARTIN
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant POLLARD

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-07-0682 SBA |
| Plaintiff, | ) | **[PROPOSED] ORDER DIRECTING THE GLENN DYER FACILITY TO PERMIT TYRONE POLLARD TO POSSESS A TAPE-PLAYER** |
| vs. | ) | |
| TYRONE POLLARD, | ) | |
| Defendant. | ) | |

GOOD CAUSE APPEARING, upon request of defendant TYRONE POLLARD, by and through counsel, IT IS HEREBY ORDERED that the Glenn Dyer Facility shall permit Mr. Pollard to possess a tape-player for the duration of time necessary to enable him to listen to and evaluate a recording produced by the government in discovery. The tape-player shall not have a radio and shall not have metal earphones.

IT IS SO ORDERED.

DATE:

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

[PROPOSED] ORDER                    1