1  BARRY J. PORTMAN
   Federal Public Defender
2  COLLEEN MARTIN
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500
5
   Counsel for Defendant POLLARD
6

7

8                 IN THE UNITED STATES DISTRICT COURT

9                FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        ) No. CR-07-0682 SBA
                                      )
12 |        Plaintiff,                ) [PROPOSED] ORDER DIRECTING THE
                                      ) GLENN DYER FACILITY TO PERMIT
13 | vs.                              ) TYRONE POLLARD TO POSSESS A
                                      ) TAPE-PLAYER
14 | TYRONE POLLARD,                  )
                                      )
15 |        Defendant.                )
   |_____    )
16
        GOOD CAUSE APPEARING, upon request of defendant TYRONE POLLARD, by and
17
   through counsel, IT IS HEREBY ORDERED that the Glenn Dyer Facility shall permit Mr.
18
   Pollard to possess a tape-player for the duration of time necessary to enable him to listen to and
19
   evaluate a recording produced by the government in discovery. The tape-player shall not have a
20
   radio and shall not have metal earphones.
21
        IT IS SO ORDERED.
22
   DATE: 5/2/08
23
                                              _____
                                              SAUNDRA BROWN ARMSTRONG
24                                            United States District Judge

25

26


[PROPOSED] ORDER                      1