1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

# TABLE OF CONTENTS

**INTRODUCTION** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

      A.     Procedural Background . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

      B.     Mr. Pollard's Background . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

**DISCUSSION** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

**I.**    The Supreme Court Has Made Clear that District Courts Have Both the Authority
and the Responsibility to Exercise Their Judgment and Discretion in Arriving at the
Appropriate Sentence . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

      A.     The Circumstances of this Case and Mr. Pollard's History and Characteristics
Make a 70-Month Sentence Appropriate . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

**II.**   Mr. Pollard Requests that the Court Recommend to the Bureau of Prisons that He
Participate in Drug Treatment and that He Be Designated to a Facility That
Will Allow His Family to Visit Him . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

**CONCLUSION** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

# TABLE OF AUTHORITIES

## FEDERAL CASES

*Gall v. United States*, 128 S. Ct. 586 (2007) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3, 5, 6, 7

*Kimbrough v. United States*, 128 S. Ct. 558 (2007) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3, 4, 8

*Rita v. United States*, 127 S. Ct. 2456 (2007) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

*United States v. Ameline*, 409 F.3d 1073 (9th Cir. 2005) . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

*United States v. Barsumyan*, 517 F.3d 1154 (9th Cir. 2008) . . . . . . . . . . . . . . . . . . . . . . . . . . 8, 9

*United States v. Booker*, 543 U.S. 220 (2005) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3, 4

*United States v. Cantrell*, 433 F.3d 1269 (9th Cir. 2006) . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

*United States v. Carty*, 520 F.3d 984 (9th Cir. 2008) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4, 6

*United States v. Medina Casteneda*, 511 F.3d 1246 (9th Cir. 2008) . . . . . . . . . . . . . . . . . . . . . 8

## FEDERAL STATUTES

18 U.S.C. § 3553(a) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . passim

18 U.S.C. § 3742(e) (2000 ed. & Supp. IV) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

## SENTENCING GUIDELINES

USSG § 2D1.1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1, 8

USSG § 3E1.1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

## MISCELLANEOUS

Jim Mustin, *The Family: A Critical Factor for Corrections*, (Family & Corrections
Network, 1987) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

L.A. Bennett, *What has Happened to Prison Visiting*: *Current Use of a Rehabilitative
Tool*, (US Dept of Justice NIJ Pub., 1987) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10