# APPENDIX A-1

**NCJ Number:** NCJ 116840 **Title:** Discussion Paper: What Has Happened to Prison Visiting? Current Use of a Rehabilitative Tool **Author(s):** L A Bennett **Sponsoring Agency:** US Dept of Justice National Institute of Justice
United States

US Dept of Justice NIJ Pub
United States **Sale:** National Institute of Justice/
NCJRS paper reproduction
Box 6000, Dept F
Rockville, MD 20849
United States

National Institute of Justice/NCJRS
Paper Reproduction Sales
Box 6000 Department F
Rockville, MD 20849
United States **Publication Date:** 1987 **Pages:** 11 **Type:** Issue overviews **Origin:** United States **Language:** English **Note:** Paper presented at the annual meeting of the American Society of Criminology, Montreal, Canada, November 1987 **Annotation:** This paper examines the practice of family visits with inmates and reports on a survey undertaken to determine how the practice of inmate visits has survived crowded prison facilities and tight correctional budgets. **Abstract:** While there are very few studies available about inmate visits, those that do exist indicate that prisoners who are visited by their families and friends during incarceration make better parole and postinstitutional adjustments. Private family visits, also know as conjugal visits, have become more common in recent years. The survey reports information received from departments of corrections in the 50 States, the Federal Bureau of Prisons, the District of Columbia Department of Corrections, and the four U.S. territories. Survey findings include data showing that the length of visits per week has increased and that 70 percent of the jurisdictions have managed to provide more visiting space to meet the needs of increased inmate populations. Some jurisdictions provide transportation assistance for families of inmates, while others provide assistance for prisoners who have no close friends or family ties and therefore receive no visits. Private family visiting programs show some increase, although few jurisdictions seemed disposed to start new programs. The study includes a discussion of the policy implications of the findings. 26 references. **Main Term(s):** Inmate visits **Index Term(s):** Conjugal visits ; Inmates families