**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL PRETRIAL MINUTES**

**Date: 6/10/08**

CR 07-00682SBA                              JUDGE: <u>SAUNDRA BROWN ARMSTRONG</u>

**POLLARD**                                Present (X) Not Present ( ) In Custody (X)
    **DEFENDANT(S)**

<u> GARTH HIRE  </u>                           <u> COLLEEN MARTIN   </u>
**U.S. ATTORNEY**                           **ATTORNEY FOR DEFENDANT(S)**

**Deputy Clerk:  Lisa R. Clark**            <u> STARR WILSON    </u>
                                                                  **Court Reporter**

<u>                     </u>                           <u> BRIAN CASAI       </u>
 **Interpreter**                              **Probation Officer**

**PROCEEDINGS**

**REASON FOR HEARING:   CHANGE OF PLEA - HELD; JUDGMENT & SENTENCING - HELD**

**RESULT OF HEARING: DEFENDANT PLED GUILTY TO CT 1 OF THE INDICTMENT**

**JUDGMENT: 70 MONTHS BOP; 4 YEARS SUPERVISED RELEASE; $100.00 SPECIAL ASSESSMENT**

**PROCEEDINGS**

Case Continued to_____for Further Status/Trial Setting/ Motion Setting/Evidentiary Hearing @ 9:00 a.m.
Case Continued to_____ @ 9:00 a.m. for_____ Motions
Brief Sched. Motion papers by_____Opposition by_____Reply by_____
Case Continued to_____for Pretrial Conference at 11:00 a.m.
Pretrial Papers Due_____Motions in limine/objections to evidence due _____
Responses to motions in limine and/or responses to objections to evidence due_____
Case Continued to_____for Trial(Court/Jury:___Days/weeks) at 8:30 a.m.
Case Continued to_____for Judgment & Sentencing as to Count(s) _____of the (Indictment/Information) @ 10:00 a.m.
Case Continued to_____for Change of Plea @ 11:00 a.m.
cc: