**FEDERAL PUBLIC DEFENDER**
NORTHERN DISTRICT OF CALIFORNIA
555 - 12TH STREET
SUITE 650
OAKLAND, CA 94607-3627

**BARRY J. PORTMAN**
*Federal Public Defender*

Telephone (510) 637-3500
Fax (510) 637-3507

June 12, 2008

The Honorable Saundra Brown Armstrong
United States District Court
1301 Clay Street
Oakland, CA 94612

    Re:    *United States v. Tyrone Pollard*, CR 07-682 SBA

Dear Judge Armstrong:

    Mr. Pollard was sentenced on June 10, 2008. At the time of sentencing, the Court agreed to recommend to the Bureau of Prisons that Mr. Pollard participate in the 500-hour RDAP program while he is in custody. It appears that the Judgment in a Criminal Case does not include the RDAP recommendation. I respectfully ask that the Judgment be amended to reflect the Court's recommendation that Mr. Pollard participate in the RDAP program. I have informed Assistant United States Attorney Garth Hire that I would be making this request.

    Thank you for your consideration of this matter.

    Sincerely,

    BARRY J. PORTMAN
    Federal Public Defender

    /S/

    COLLEEN MARTIN
    Assistant Federal Public Defender

cc: AUSA Garth Hire